**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AKINDAMINI TITUS,

Petitioner,

v. No. 1:26-cv-01873-MLG-JFR

GEORGE DEDOS, Warden, Cibola County Correctional Center; TODD LYONS, in his official capacity as Director of Immigration Customs Enforcement (ICE); MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; TODD BLANCHE, Attorney General of the United States; PATTI REYNOLDS, Director of ICE, Albuquerque Field Office,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on pro se Petitioner Akindamini Titus's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. A hearing on the Petition was held September 18, 2026. *See* Docs. 11-12. Having considered the Petition and being otherwise fully informed, the Court finds that it is not well taken and should be denied. For the reasons stated on the record during the September 18, 2026, hearing, the Court denies the Petition.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA